UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81251-CIV-MARRA

CAROLINA WALTER-HASTINGS,

    Plaintiff,

vs.

BAPTIST HEALTH SOUTH FLORIDA, INC.,
d/b/a BOCA RATON REGIONAL HOSPITAL
a Florida not for profit corporation,
ROBERT GODBOUT, DIANE MASSUCCI,
AUNDREA LEIMGARDT,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court *sua sponte*.

It is hereby **ORDERED AND ADJUDGED** as follows:

1. No letters can be sent to the Clerk of the Court, any District Judge, or any Magistrate judge concerning this case. *Pro se* litigants should only file motions, memoranda, pleadings authorized by the procedural rules, or any other documents ordered by the Court.

2. *Pro se* Plaintiff should not call the Judge's chambers for any reason. No information about the case can be obtained from the Judge's office. Information about the case can be obtained by contacting the Office of the Clerk of the Court. Court employees, however, cannot provide legal advice.

3. *Pro se* Plaintiff must promptly notify the Court and all Defendants in writing of any change of his or her address.

4. All discovery in this case is **STAYED** pending resolution of any motions to dismiss

filed by Defendant.[1]

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 9th day of October, 2024.

                                        KENNETH A. MARRA
                                      United States District Judge

---

[1] "A trial court has broad discretion and inherent power to stay discovery until preliminary questions that may dispose of the case are determined." *Petrus v. Bowen*, 833 F.2d 581, 583 (5th Cir. 1987). The Court also has the "power and the duty to define the issues at the earliest stages of litigation" in order to avoid "a massive waste of judicial and private resources." *Johnson Enterprises of Jacksonville, Inc. v. FPL Group, Inc.*, 162 F.3d 1290, 1333 (11th Cir. 1998).