UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81251-CIV-MARRA

CAROLINA WALTER-HASTINGS,

Plaintiff,

vs.

BAPTIST HEALTH SOUTH FLORIDA, INC.,
d/b/a BOCA RATON REGIONAL HOSPITAL
a Florida not for profit corporation,
ROBERT GODBOUT, DIANE MASSUCCI,
AUNDREA LEIMGARDT,

Defendants.
_____/

## ORDER

This cause is before the Court on its own motion.

On January 8, 2025, the Court entered an Order directing Plaintiff to perfect service on Defendants or show good cause as to why service has not been perfected. The Court stated that the failure to do so would result in the dismissal of the present action without prejudice. (DE 4.) To date, Plaintiff has not complied with this Order.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the case is dismissed without prejudice. The Clerk shall close the case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 12th day of February, 2025.

KENNETH A. MARRA
United States District Judge