UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81251-CIV-MARRA

CAROLINA WALTER-HASTINGS,

Plaintiff,

vs.

BAPTIST HEALTH SOUTH FLORIDA, INC.,
d/b/a BOCA RATON REGIONAL HOSPITAL
a Florida not for profit corporation,
ROBERT GODBOUT, DIANE MASSUCCI,
AUNDREA LEIMGARDT,

Defendants.
_____/

**ORDER**

This cause is before the Court upon Plaintiff's Motion for Extension of Time Nunc Pro Tunc to Effect Service of Process (DE 7). The Court has carefully considered the motion and is otherwise fully advised in the premises.

On January 8, 2025, the Court entered an Order directing Plaintiff to perfect service on Defendants or show good cause as to why service has not been perfected. The Court stated that the failure to do so would result in the dismissal of the present action without prejudice. (DE 4.) On February 12, 2025, the Court noted that Plaintiff had not responded to the Order or perfected service and dismissed the case without prejudice. (DE 5.)

Unbeknownst to the Court, on February 11, 2025, Plaintiff filed the instant motion with the Court. The motion, however, did not get docketed until February 12, 2025, eleven minutes after the Court's Order dismissing the case was docketed. Thus, the Court dismissed the case without knowing Plaintiff had sought an extension of time. Although Plaintiff did not respond

1

timely to the Court's January 8, 2025 Order, given that the dismissal was without prejudice, the best course of action is to vacate the Court's February 12, 2025 Order and grant Plaintiff's motion for a 30-day extension of time.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1) The Court's January 8, 2025 Order (DE 5) dismissing the action without prejudice is **VACATED**.

2) Plaintiff's Motion for Extension of Time Nunc Pro Tunc to Effect Service of Process (DE 7) is **GRANTED**. Plaintiff is granted an extension to perfect service until **March 17, 2025. Failure to do so may result in the closing of the case.**

3) The CLERK shall REOPEN this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 12th day of February, 2025.

KENNETH A. MARRA
United States District Judge